IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 14 C 10157 |
| UNIQUE CASEWORK INSTALLATIONS, INC., an Illinois corporation, | ) ) ) | CHIEF JUDGE RUBEN CASTILLO |
| Defendant. | ) ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, UNIQUE CASEWORK INSTALLATIONS, INC., an Illinois corporation, in the total amount of $43,664.99, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,285.00.

On December 29, 2014, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to her personally at her place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on January 19, 2015. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Kristin M. Reepmeyer

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 25th day of February 2015:

        Ms. Patricia Davis, Registered Agent
        Unique Casework Installations, Inc.
        3936 W. 16th Street
        Chicago, IL   60623

                /s/   Kristin M. Reepmeyer

Kristin M. Reepmeyer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6311325
Telephone: (312) 216-2584
Facsimile: (312) 236-0241
E-Mail: kreepmeyer@baumsigman.com

I:\CarpsJ\Unique Casework\motion.kmr.df.wpd